JS-6



FILED
CLERK, U.S. DISTRICT COURT
AUG 23, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE SOLOMON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>BRETT JACOBSON, an individual; LOTTO LOTTO GAMZ ETC., INC., a Delaware corporation; DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-01453-VAP-JPR<br><br>[~~PROPOSED~~] **JUDGMENT IN FAVOR OF PLAINTIFF CORINNE SOLOMON AND AGAINST DEFENDANTS BRETT JACOBSON AND LOTTO LOTTO GAMZ ETC., INC.** |

On July 6, 2016, the Court entered an Order Granting in Part and Denying in Part Plaintiff Corinne Solomon's ("Plaintiff") Motion for Default Judgment against Defendants Brett Jacobson and Lotto Lotto Gamz Etc., Inc. (collectively, "Defendants") and Granting Defendants' Ex Parte Application for Leave to Oppose Punitive Damages Evidence.  The Court granted Plaintiff's Motion for Default Judgment as to her claims for Fraud, Negligent Misrepresentation and Breach of Contract, and awarded damages to Plaintiff in the amount of $45,000 pursuant to the Stock Purchase Agreement and $7,569 in prejudgment interest thereon through July 6, 2016.  The Court also set a hearing for July 25, 2016 to determine whether Plaintiff is entitled to any punitive damages.

3117488.2 25052-890

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF CORINNE SOLOMON AND
AGAINST DEFENDANTS BRETT JACOBSON AND LOTTO LOTTO GAMZ ETC., INC.

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

On July 13, 2016, the Court entered an Order Granting Plaintiff's Ex Parte Application for Continuance of the July 25, 2016 Punitive Damages Hearing, continuing the hearing to August 8, 2016 at 2:00 p.m.

On August 8, 2016 at 2:00 p.m., the Court held the hearing regarding punitive damages in Courtroom 780 of the above-entitled Court, located at 255 East Temple Street, Los Angeles, California 90012, the Honorable Virginia A. Phillips presiding. On August 10, 2016 at 1:30 p.m., on the Court's own motion, the Court held a further hearing regarding punitive damages. At both hearings, all parties and their respective counsel of record were present, witnesses were called, sworn in and testified, and exhibits were identified and admitted. After full consideration of all competent and admissible oral and documentary evidence presented, and having heard argument of all parties' counsel, the Court ruled that Plaintiff had presented satisfactory evidence to establish her entitlement to punitive damages and awarded Plaintiff $45,000 in punitive damages as against Defendants, jointly and severally.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT judgment is hereby entered in favor of Plaintiff Corinne Solomon and against Defendants Brett Jacobson and Lotto Lotto Gamz Etc., Inc., jointly and severally, as to Plaintiff Corinne Solomon's claims for Fraud, Negligent Misrepresentation and Breach of Contract, in the sum of $45,000.00 in damages, $7,569.00 in prejudgment interest thereon through July 6, 2016, and $45,000.00 in punitive damages, for a total of $97,569.00, plus costs as permitted by Fed. R. Civ. Proc. 54(d).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT Plaintiff Corinne Solomon does not own any shareholder interest or any interest of any kind whatsoever in Defendant Lotto Lotto Gamz Etc., Inc., and any and all documents purportedly reflecting any such interest in Defendant Lotto Lotto Gamz Etc., Inc. by Plaintiff Corinne Solomon, including but not limited to stock certificates, shall be deemed null and void, and any such interest of Plaintiff Corinne Solomon in Defendant Lotto Lotto Gamz Etc., Inc. is hereby revoked and cancelled.

3117488.2 25052-890

2

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF CORINNE SOLOMON AND AGAINST DEFENDANTS BRETT JACOBSON AND LOTTO LOTTO GAMZ ETC., INC.

Plaintiff Corinne Solomon shall further recover costs from Defendants Brett Jacobson and Lotto Lotto Gamz Etc., Inc.

DATED: August 23, 2016          U.S. DISTRICT COURT JUDGE

_____
Hon. Virginia A. Phillips

**APPROVED AS TO FORM:**

DATED: August 16, 2016          FREEMAN, FREEMAN & SMILEY, LLP

By:    */s/ Steven E. Young*
       STEVEN E. YOUNG
       STEVEN M. BUHA
       Attorneys for Plaintiff CORINNE SOLOMON

DATED: August 16, 2016          LAW OFFICE OF BRENT KRAMER

By:    */s/ Brent A. Kramer*
       BRENT A. KRAMER
       Attorney for Defendants BRETT JACOBSON and LOTTO LOTTO GAMZ ETC., INC.

3117488.2 25052-890

3

[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF CORINNE SOLOMON AND AGAINST DEFENDANTS BRETT JACOBSON AND LOTTO LOTTO GAMZ ETC., INC.